August 1, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

LEXINGTON INSURANCE COMPANY, Appellant

NO. 14-11-00881-CV                    V.

JAW THE POINTE, LLC, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, JAW THE POINTE, LLC, signed, July 7, 2011, was heard on the transcript of the record. We have inspected the record and find error in the trial court's judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** a take nothing judgment against JAW THE POINTE, LLC.

      We further order that all costs incurred by reason of this appeal be paid by appellee, JAW THE POINTE, LLC.

      We further order this decision certified below for observance.